■ LEONARD WHITE, Appellant, v SHEEHAN MEMORIAL HOSPITAL, Respondent. (Appeal No. 2.)—Appeal unanimously dismissed as academic *(see, mem in White v Sheehan Mem. Hosp.* [appeal No. 1], 119 AD2d 989). (Appeal from order of Supreme Court, Erie County, Bayger, J.—dismiss complaint.) Present— Dillon, P. J., Denman, Boomer, Pine and Schnepp, JJ.